# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-1129
Lower Tribunal No. 2023-CA-014550

———————————————

DARIK ALEXANDER,

Appellant,

v.

CAPITAL ONE, N.A.,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

May 29, 2026

PER CURIAM.

AFFIRMED. *See Winter Park Hosp., LLC v. On Target Staffing, LLC*, 419 So. 3d 306, 311 (Fla. 6th DCA 2025) ("To have the trial court set aside the default final judgment, WPH had to prove *by sworn evidence* that (1) its failure to retain new counsel as ordered by the trial court was the result of excusable neglect, (2) its affirmative defenses and counterclaim established that it had meritorious defenses and claims warranting a trial on the merits, and (3) it acted with due diligence from the time when it learned of the default to the filing for relief." (emphasis added)).

TRAVER, C.J., and SMITH and MIZE, JJ., concur.

Darik Alexander, Windermere, pro se.

Michael Thiel Debski, of Debski & Associates, P.A., Jacksonville, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED